FILED
VANESSA L. ARMSTRONG, CLERK
SEP 1 1 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

**CHRISTOPHER BOWLING**

INDICTMENT

NO. 1:19CR-38-GNS

18 U.S.C. § 924(d)
26 U.S.C. § 5841
26 U.S.C. § 5845
26 U.S.C. § 5861(d)
26 U.S.C. § 5861(e)
26 U.S.C. § 5871
26 U.S.C. § 5872
28 U.S.C. § 2461(c)

The Grand Jury charges:

## COUNT 1
*(Possession of Unregistered Firearm)*

On or about March 15, 2018, in the Western District of Kentucky, Allen County, Kentucky, **CHRISTOPHER BOWLING**, the defendant, knowingly received and possessed firearms, (1) a fully automatic machine gun, a M16-type firearm, 5.56 NATO caliber with no serial number and manufacturers markings; (2) a fully automatic machine gun, an Anderson Manufacturing, model AM-15, 5.56 NATO caliber firearm, with a .22LR caliber conversion kit, serial number 17077682; (3) a fully automatic machine gun, a Romarm, model WASR-10, 7.62x39 caliber firearm, serial number A1-0982-13; (4) a rifle with a barrel of less than 16 inches in length, an Anderson Manufacturing, model AM-15, .300 Blackout caliber firearm, serial number 16345221, with an overall length of 29.5 inches and a barrel of 10-5/8 inches; (5) a firearm, a silencer with no serial

number, 7-3/4 inches in length, 1-15/16 inches diameter; (6) a firearm, a silencer with no serial number, 8-1/4 inches in length, 1-1/4 inches diameter; (7) a firearm, a silencer with no serial number, 7-1/2 inches in length, 1-3/4 inches diameter; and (8) a firearm, a silencer with no serial number, 7 inches in length, 1-1/4 inches diameter, all not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## NOTICE OF FORFEITURE

As a result of committing the offense alleged in Count 1 of this Indictment, **CHRISTOPHER BOWLING**, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section § 2461(c), all firearms and ammunition involved in the commission of the offenses.

All in violation of Title 18, United States Code, Sections 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

**REDACTED**

*[signature]*
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:JDJ

UNITED STATES OF AMERICA v. **CHRISTOPHER BOWLING**

## PENALTIES

Count 1:   NM 10 yrs./$10,000/both/NM 3 yrs. Supervised Release

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 1:19CR-38-GNS

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Bowling Green

FILED
VANESSA L. ARMSTRONG, CLERK
SEP 11 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

THE UNITED STATES OF AMERICA

v.

**CHRISTOPHER BOWLING**

### INDICTMENT

**Count 1**
*Possession of Unregistered Firearm*
26 U.S.C. §§5841, 5861(d), and 5871

**Forfeiture**

*A true bill.*

**REDACTED**

*Filed in open court this 11th day of September, 2019.*

_____
Clerk

*Bail, $*